UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-  Case No. 3:08-CR-49(3)

DANIEL JARED SAIN

Defendant.

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE AND ADDING A CONDITION OF SUPERVISION

On November 2, 2012, the Defendant appeared with Counsel for an initial hearing on revocation of his supervised release, a status that began on February 23, 2011. The Defendant, in open Court, admitted to the violations as alleged by the U.S. Probation Office. The Court accepted the admissions and found the Defendant had violated the conditions of his supervised release as previously imposed. The Court then ordered the Defendant detained pending final disposition.

This matter is now before the Court for due consideration. Based upon the recommendation of the U.S. Probation Office, the request of Defendant's Counsel and no objection from the Government, the Court would chose not to revoke the Defendant's supervised release at this time. In the alternative, IT IS THE ORDER OF THE COURT that the Defendant shall remain on supervised release with the added condition that he remain in custody until bed space becomes available at a residential re-entry center (RCC) at which time he will be released to the U.S. Probation Office. This period of time in custody shall not exceed sixty (60) days. The Defendant will then serve a period of up to six (6) months at RCC with work privileges and will participate in any treatment as deemed necessary by the U.S. Probation Officer. All other conditions of supervised release as previously ordered in this case, shall remain in effect.

Further, the U.S. Probation Office will immediately notify the Court should bed space not become available within the next sixty (60) days. Should this situation present itself, a hearing will be set with all parties. Final disposition in this matter will be continued until further Order of the Court.

IT IS SO ORDERED.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT