IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:08-CR-0049(03) |
| DANIEL JARED SAIN | ) | JUDGE THOMAS M. ROSE |
| | ) | |

## ORDER

Daniel J. Sain is to be released to the U. S. Marshals on a date to be determined by the probation officer, but no later than February 5, 2013. The U. S. Marshals will transport Mr. Sain to the federal building where he will meet with his U. S. Probation Officer to be placed on location monitoring. Mr. Sain with remain on location monitoring until his bed date at Alvis House on April 4, 2013. While on location monitoring, the defendant shall be required to remain in his residence unless given permission in advance by the probation officer for approved activities.

So Ordered:

Dated this 23 day of January, 2013

_____
Thomas M. Rose,
United States District Court Judge

CC: Aaron Durden, Defense Counsel
Sheila G. Lafferty, United States Attorney's Office
Melissa R. Dues, United States Probation Office